**Appeal Dismissed and Memorandum Opinion filed May 21, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00110-CV

### DAVID  H GHAZVINI, Appellant

### V.

### TEXAS WORKFORCE COMMISSION, PAUL JONES, ANDRES ALCANTAR, HOPE ANDRADE, RONALD CONGLETON AND SAN JACINTO COMMUNITY COLLEGE, Appellees

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-74177**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed December 10, 2018. The notice of appeal was filed December 28, 2018.

Our records show appellant has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5 (requiring

payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207. On March 26, 2019, this court ordered appellant to pay the appellate filing fee by April 5, 2019, or the appeal would be dismissed. The filing fee has not been paid.

Further, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record. On April 11, 2019, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.